**Beverly FIELDS, Appellant**

v.

**Byron P. GRISAMORE, Marjorie H. Grisamore, Trustee of the Byron P. Grisamore and Marjorie H. Grisamore Revocable Trust Dated September 20, 2000, Respondents.**

No. WD 64034.

Missouri Court of Appeals, Western District.

May 31, 2005.

John L. Young, Princeton, MO, for appellant.

David P. Macoubrie, Chillicothe, MO, for respondents.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

The trial court granted Beverly Fields a private road of strict necessity by which to access her land-locked property. Fields appealed because the court did not grant her requested route. Affirmed. Rule 84.16(b)